UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**KENDRA COLES**<br><br>Defendant. | Case No.<br><br>**VIOLATIONS:**<br>18 U.S.C. §§ 201(b)(2)(A) and (C) (Bribery)<br>22 D.C. Code §§ 1805(a)(1), 3225.02<br>(Conspiracy to Commit Insurance Fraud)<br><br>**FORFEITURE:**<br>18 U.S.C. § 981(a)(1)(C);<br>28 U.SC. § 2461(c);<br>and 21 U.S.C. § 853(p)<br><br>**UNDER SEAL** |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Between on or about August 23, 2015, through on or about October 7, 2017, in the District of Columbia and elsewhere, the defendant, KENDRA COLES, a public official, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, in return for being influenced in the performance of an official act, and induced to do an act in violation of his official duty; that is, COLES, a customer service representative for the District of Columbia Metropolitan Police Department, accepted in excess of $40,000.00 in payments from Person 1 and Person 2, in exchange for COLES providing those individuals with Traffic Crash Reports and information contained within Traffic Crash Reports, in violation of MPD General Orders and District of Columbia law.

(Bribery of a Public Official, in violation of 18 U.S.C. §§ 201(b)(2)(A) and (C)).

## COUNT TWO

Between on or about June 2017 and on or about October 2017, within the District of Columbia and elsewhere, the defendant, KENDRA COLES, and Person A, did knowingly and willfully combine, conspire, confederate and agree together to commit insurance fraud, in violation of Title 22, District of Columbia Code, Sections 1805a, 3225.02(1), by knowingly engaging in a scheme and systematic course of conduct with the intent to defraud or to fraudulently obtain property of another, and thereby obtained property of another or caused another to lose property, consisting of U.S. currency and services of a value of $1,000 or more, belonging to Government Employee Insurance Company ("GEICO"), by means of presenting false information or knowingly concealing information regarding a material fact in a claim for payment or benefit pursuant to an insurance policy or reinsurance contract.

### Object of the Conspiracy

The object of the conspiracy was to fraudulently obtain money and services from GEICO by presenting false information, and by knowingly concealing information regarding material facts, in the course of submitting claims for payment pursuant to the insurance policy issued by GEICO to COLES.

### Overt Acts in Furtherance of the Conspiracy

During the course of and in furtherance of the conspiracy, and to effect the object thereof, COLES and Person A, alone and in various combinations, committed the following overt acts, among others, between on or about June 2017, and on or about October 2017, within the District of Columbia and elsewhere:

1.  Between in or about June 2017 and in or about July 2017, COLES and Person A spoke on the phone and met in person about Person A assisting COLES with getting rid of her

2005 Honda Accord EX sedan with a VIN of 1HGCM66805A049798 and Maryland license plate number 5BF1710 (the "Vehicle").

2. On or about July 31, 2017, COLES drove the Vehicle to the 1000 block of 45th Street NE, Washington, D.C.

3. Thereafter, COLES left the Vehicle with the intention that Person A would take possession of it for the purpose of getting rid of it.

4. After leaving the Vehicle, COLES called Person B and told him to meet her on Division Avenue, NE, in Washington, DC to pick her up.

5. Person B picked up COLES near Division Avenue, NE and while they drove away, COLES observed smoke in the rear view mirror. The smoke was coming from the area where COLES had left the Vehicle for Person A.

6. On or about August 1, 2017, COLES filed a theft report with the Prince George's County Police Department, in which she falsely reported that she had last seen her vehicle when she parked it at 10:20 pm on July 31, 2017, and discovered that the vehicle was missing at 7:50 a.m. on August 1, 2017. In the theft report, COLES omitted the events of July 31, 2017 set forth above.

7. On or about August 7, 2017, COLES filed an insurance claim with GEICO for the theft of the vehicle. As part of her claim to GEICO, COLES falsely stated, among other things, that she (a) parked the Vehicle in front of her house around 9 or 10 pm on Monday, (b) saw the Vehicle on Monday and (c) discovered the Vehicle missing when she got ready to go to work on Tuesday. In the insurance claim, COLES omitted the events of July 31, 2017 set forth above.

8. Between in or about September 2017 and in or about October 2017, COLES caused GEICO to pay her in excess of $1,000.00, in accordance with the terms of COLES's automobile

policy with GEICO, as payment for the insurance claim submitted by COLES for the theft of the Vehicle.

(Conspiracy to Commit Insurance Fraud, in violation of 22 D.C. Code §§ 1805(a)(1), 3225.02)

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to this offense.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
David Misler
D.C. Bar No. 991475
Puja Bhatia
D.C. Bar No. 1009466
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
Tel. (202) 252.7164
David.Misler@usdoj.gov
Puja.bhatia@usdoj.gov