UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Case Number: 19-cr-0028 (EGS)** |
| **v.** | : | **Closed Case** |
| | : | |
| **KENDRA COLES** | : | |
| | : | |
| **Defendant.** | : | |

==============================

### MOTION TO CONVERT THE DEFENDANT'S SEVENTY-EIGHT-DAY INTERMITTENT CONFINEMENT REQUIREMENT TO TWELVE HUNDRED HOURS OF COMMUNITY SERVICE

KENDRA COLES, by and through undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, respectfully submits this Motion to Convert the Defendant's Seventy-Eight-Day Intermittent Confinement Requirement to Twelve Hundred Hours of Community Service and respectfully requests that this Court enter an order granting this motion. In support thereof, Defendant states as follows:

On June 15, 2022, Senior United States Probation Officer Dr. Stacey A. Carter-Mayzck notified counsel for the government and defense of her recent communication with the Federal Bureau of Prisons ("BOP") to coordinate Defendant's seventy-eight (78) day intermittent confinement. Specifically, Dr. Carter-Mayzck notified counsel for the government and defense that currently the BOP is not accepting intermittent confinement and that this agency can only accommodate seventy-eight (78) consecutive days of confinement.

Based on the above-noted issue, Dr. Carter-Mayzck proposed waiving Defendant's seventy-eight (78) day intermittent confinement requirement, and undersigned counsel concurred with Dr. Carter-Mayzck's proposal. Dr. Carter-Mayzck proposed waiving Defendant's seventy-eight (78) day intermittent confinement requirement because Defendant performed well on

location monitoring, has been fully compliant with all of her supervised release conditions, and paid her financial obligation to the court. However, the government did not agree to the above-noted arrangement but proposed an alternate option, to convert or substitute twelve hundred (1200) hours of community service for the seventy-eight (78) day intermittent confinement requirement.

Dr. Carter-Mayzck has indicated that the probation office supports Defendant completing twelve hundred (1200) hours of community service.[1] Furthermore, Defendant is amenable to completing twelve hundred (1200) hours of community service.

Based on representations made in this motion, including the aforementioned information from Dr. Carter-Mayzck, undersigned respectfully requests that the Court convert the seventy-eight (78) day intermittent confinement requirement to twelve hundred (1200) hours of community service. The Court may modify or reduce the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation. Fed. R. Crim. P. 32.1(c) allows the Court to modify the terms of probation without a hearing when either the person waives the hearing or the relief sought is favorable to the person, and the attorney for the government does not object to the request. The relief sought in this motion is favorable to Ms. Coles and she waives a hearing on this motion.

WHEREFORE, Defendant respectfully requests that this Court grant this Motion to Convert the Defendant's Seventy-Eight Day-Intermittent Confinement Requirement to Twelve Hundred Hours of Community Service.

                                                      Kendra Coles
                                                    By Counsel

---

[1] To verify this information, Dr. Carter-Mayzck's email address is Stacey_Carter-Mayzck@mdp.uscourts.gov, and her telephone number is 301-344-0558 (direct) or 301-741-7236 (cellular).

Respectfully submitted,

*/s/ Billy L. Ponds*
Billy L. Ponds
The Ponds Law Firm
Bar Number: 379883
Counsel for the Defendant
The Ponds Law Firm
1025 Connecticut Ave, NW
Suite 1000
Washington, DC 20036
Telephone Number: (202) 333-2922
Email: billy.ponds@pondslawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of this Motion to Convert the Defendant's Seventy-Eight Day Intermittent Confinement Requirement to Twelve Hundred Hours of Community Service was sent via email to Assistant United States Attorney Joshua Rothstein and District of Maryland Senior United States Probation Officer Stacey A. Carter-Mayzck on this 17th day of June 2022.

*/s/Billy L. Ponds*
Billy L. Ponds